## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO. 4:08CR00277-001 SWW

JACK HOLMES

### ORDER

The above entitled cause came on for hearing on government's sealed petition to revoke the supervised release [doc #13] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***TWELVE (12) MONTHS AND ONE (1) DAY*** in the custody of the Bureau of Prisons. The Court recommends that defendant participate in non-residential substance abuse treatment or program while incarcerated.

There will be ***ONE (1) YEAR*** of supervised release following the term of incarceration and shall include the following special conditions:

> 1. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.
>
> 2. Defendant is not a legal resident of this district. Therefore, the period of supervised release is to be administered by the district where defendant is a legal resident and/or the district where a suitable release plan has been developed.
>
> 3. Defendant shall follow all standard conditions of supervised release.

The defendant is remanded to the custody of the United States Marshal Service.

The Clerk is directed to unseal the petition for revocation [doc #13] and the sealed order [doc #14] directing that a warrant be issued.

IT IS SO ORDERED this 24th day of September 2009.

/s/Susan Webber Wright

United States District Judge